IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GERALD ROBBINS,

   Petitioner,

     v.

WARDEN HUGH SMITH,

   Respondent.

CIVIL ACTION FILE
NO. 1:08-CV-1351-TWT

## ORDER

This is a pro se Petition for Writ of Habeas Corpus. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending that the Petition be denied on the merits. For the reasons set forth in the thorough and well reasoned Report and Recommendation of the Magistrate Judge, the Petitioner has not shown grounds for granting federal habeas corpus relief. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 24 day of September, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\Robbins\08cv1351\r&r2wpd.wpd